No. 227.   OEHMICHEN *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.   *John W. Pehle* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls* and *Irwin A. Seibel* for respondent.

No. 298.   KAUFMAN ET AL. *v.* BROWNELL, ATTORNEY GENERAL, ET AL.; and
No. 299.   ATTENHOFER ET AL. *v.* BROWNELL, ATTORNEY GENERAL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted.   MR. JUSTICE CLARK took no part in the consideration or decision of these applications.   *Robert E. Sher, Isadore G. Alk, James H. Heller, Irving Moskovitz* and *Peter N. Schiller* for petitioners in No. 298.   *Edmund L. Jones* and *C. Frank Reifsnyder* for petitioners in No. 299.   *Solicitor General Rankin, Assistant Attorney General Townsend, George B. Searls, Sidney B. Jacoby* and *Ernest S. Carsten* for respondents.   Reported below: 101 U. S. App. D. C. 147, 247 F. 2d 553.

No. 3, Misc.   JONES *v.* MISSOURI.   Supreme Court of Missouri.   Certiorari denied.   Petitioner *pro se.*   *John M. Dalton,* Attorney General of Missouri, and *Richard W. Dahms,* Assistant Attorney General, for respondent.

No. 14, Misc.   LOWE ET AL. *v.* JACOBS.   C. A. 5th Cir. Certiorari denied.   *Richard E. McDaniel* for petitioners. *Major T. Bell* for respondent.